IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BATTERY WEB, INC.,  )
a Florida corporation )   CIVIL ACTION NO.
    Plaintiff, )
 )
v. )   CIV - ██████████AS
 )   ██████
BATTERIES.COM, INC. )
an Indiana corporation )
 )
    Defendant. )
_____)

## COMPLAINT FOR DECLARATORY JUDGMENT

    Plaintiff, Battery Web, Inc., by and through its undersigned attorneys, alleges as follows upon actual knowledge with regard to itself and its own acts, and upon information and belief as to all other matters.

### NATURE OF CASE

    This is a civil action for declaratory judgment under federal, state, and common law. Plaintiff brings this action because Defendant has threatened to sue the Plaintiff for trademark infringement, unfair competition and other related claims, under federal, state and common law. Defendant's threat is based on the Plaintiff's use of the domain name "Bateries.com" in association with the sale of batteries on the internet through a website, which the Defendant alleges is confusingly similar to its mark, "Batteries.com". The Defendant also ordered the Plaintiff to cease and desist all use of both "Bateries.com" and "Batteries.com"; as well as transfer its domain name registration for "Bateries.com" to the Defendant. The Plaintiff is requesting a declaratory judgment that the mark "Batteries.com" is not a trademark, but rather a



generic term to which the Defendant has no exclusive right to either a federal registration or trademark protection against its use by others for the sale of batteries on the internet.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §1331(a), 1338(b) and 1367. As the Plaintiff and Defendant are citizens of different states, and as the matter in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, this Court also has jurisdiction pursuant to 28 U.S.C. §1332.

2. This Court has personal jurisdiction over the Defendant, and venue is proper in the Southern District of Florida pursuant to 28 U.S.C. §1391(b) as Defendant is doing business in this District. Additionally, the Court has personal jusrisdiction over the Defendant, and venue is proper in the Southern District of Florida because the Defendant's counsel sent a cease and desist letter to the Plaintiff in this district, threatening trademark infringement regarding plaintiff's domain name, "Bateries.com".

## THE PARTIES

3. Plaintiff, Battery Web, Inc., is incorporated under the laws of the State of Florida and with its principal place of business at 6495 Sunset Strip, Sunrise, Florida 33313.

4. Defendant, Battteries.com, Inc., is incorporated, upon information and belief, under the laws of the State of Indiana, with its principal place of business at 135 N. Pennsylvania, 2700 First Indiana Plaza, Indianapolis, Indiana, 46204. Defendant has marketed

2

and sold batteries in this District under the mark "Batteries.com" and the domain name "Batteries.com".

### GENERAL ALLEGATIONS

5. Plaintiff is in the business of selling and marketing batteries on the internet through a website.

6. Plaintiff has used the domain name "Bateries.com" in interstate commerce in association with the sale of batteries on the internet for several years.

7. Plaintiff has expended considerable sums in advertising and using said domain name; and has exerted every effort to maintain the highest standard of quality for said products and has created goodwill under the domain name among the purchasing public.

8. Plaintiff's sales exceed hundreds of thousands of dollars per year.

9. Defendant, upon information and belief, operates in interstate commerce and also sells batteries through a website on the internet under the mark "Batteries.com" and has a Federal Supplemental Registration for said mark, Registration No. 2,427,670 registered February 6, 2001 for Retail and wholesale services of batteries.

10. Defendant has stated, in writing, that plaintiff's said domain name, trademark and service mark are confusingly similar to defendant's trademark and that as a result it is injurious to the defendant and therefore, the plaintiff has no right to use "Bateries.com" or "Batteries.com" as a trademark, domain name or service mark.

11.a. Defendant has also demanded that Plaintiff cease using plaintiff's domain name "Bateries.com" and Defendant's trademark "Batteries.com."

3

11.b. Plaintiff has stopped using the domain name "Bateries.com" pending the outcome of this case, resulting in significant loss of sales to the plaintiff.

12. Plaintiff categorically denies that its use of its domain name violates any federal, state or common law rights defendant claims to have in its name and mark "Batteries.com" used in association with the sale of batteries on the internet.

13. Plaintiff asserts that the defendant's mark "Batteries.com" and any alliteration of "Bateries.com" are not trademarks, but rather are generic words that are not entitled to Federal Registration on either the Supplemental or Principal Register; and further are available for everyone in the public to use to sell batteries on the internet.

14. Plaintiff further asserts that defendant's Supplemental Registration, No. 2,427,670, is invalid as a matter of law because it is a generic term that is not a trademark and therefore is not entitled to any Federal trademark registration or trademark protection.

15. The accusation and demand have given risen to a case of actual controversy within the jurisdiction of this Court, pursuant to 28 U.S.C. §§ 2201-02.

### COUNT ONE

### FEDERAL TRADEMARK NON-INFRINGEMENT

### 15 U.S.C.§ 1114(1)

16. Plaintiff repeats and realleges every allegation set forth in paragraphs 1 through 15 hereof.

17. Defendant's assertion that plaintiff is violating defendant's legal rights irreparably injures and adversely affects and, unless prevented by this Court, will continue to effect plaintiff's business and the investment plaintiff has made in its mark and goodwill.

18. The defendant's service mark "Batteries.com", Supplemental Registration No. 2,427,670 is invalid because it is merely a generic term when used for selling batteries on the internet. An invalid service mark can not be infringed.

18.a. The use by plaintiff as a domain or service mark, "Batteries.com" or "Batteries.com" does not violate any of the rights defendant claims to be entitled to, pursuant to 15 U.S.C. §§ 1114(1).

18.b. Defendant's Supplemental Registration No. 2,427,670 for "Batteries.com" does not provide rights to Defendant under 15 U.S.C. § 1114(1).

## COUNT II.

## FEDERAL UNFAIR COMPETITION

## 15 U.S.C. 1125(a)(1)(A)

19. Plaintiff repeats and re-alleges the allegations of paragraph 1 through paragraph 18 hereof.

20. The use by plaintiff of plaintiff's mark and domain name "Bateries.com" is not likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of Plaintiff and/or the services offered by Plaintiff, and thus does not constitute false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a)(1)(A), because the term is generic.

## COUNT III.

## FEDERAL FALSE ADVERTISING

## 15 U.S.C. 1125(a)(1)(B)

21.    Plaintiff repeats and re-alleges the allegations of paragraph 1 through paragraph 20 hereof.

22.    The use by plaintiff of its mark "Bateries.com" does not constitute false and misleading advertising by misrepresenting the nature, characteristics, and/or qualities of Defendant's services, all in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. 11125(a)(1)(B).

## COUNT IV.

## CYBERSQUATTING UNDER SECTION 43(D)

## OF THE LANHAM ACT, 15 U.S.C. 1125(D)

23.    Plaintiff repeats and re-alleges the allegations of paragraph 1 through paragraph 22 hereof.

24.    Plaintiff's use of its domain name and the marks "Bateries.com" or "Batteries.com is not confusingly similar to the Defendant's mark, nor is the Plaintiff's use of its domain name a bad faith attempt to profit from Defendant's mark, and therefore, is not a violation of Section 43(d) of the Lanham Act, 15 U.S.C. 1125(d). The defendant's mark "Batteries.com" is generic and invalid.

## COUNT V

## STATE UNFAIR COMPETITION

## Fla. Stat.§ 501.204

25.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 24 of the Complaint.

26.     Plaintiff's use of its mark and domain name "Bateries.com" does not constitute the unlawful unfair and deceptive business practices under Fla. Stat. Ann. §501.204, as Defendant claims.

26.(a)  Defendant's assertions that a generic word is a service mark belonging to Defendant; and Defendant's request that the Plaintiff stop selling batteries using the domain name "Bateries.com" constitutes unfair competition against the Plaintiff by the Defendant.

## COUNT VI.

## TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

## UNDER COMMON LAW

27.     Plaintiff repeats and re-alleges the allegations of paragraph 1 through paragraph 26 hereof.

28.     Plaintiff's use of its mark and domain name "Bateries.com" does not constitute common law trademark infringement, misappropriation of Defendant's goodwill, or unfair competition under the common law of Florida. Defendant's mark is generic and invalid under common law.

## COUNT VII

## CANCELLATION OF FEDERAL REGISTRATION

29. The Defendant's Supplemental Registration No. for the mark "Batteries.com" is generic and therefore invalid.

30. The Defendant's Registration should be cancelled.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that the Court in order to resolve the legal issues raised by defendant and to afford relief from the uncertainty and controversy which defendant's assertions have precipitated, declare plaintiff is entitled to a declaratory judgment of its rights under 28 U.S.C. §§ 2201-02.

Plaintiff therefore, prays that the Court declare and a judgment be entered that:

A. Plaintiff's use of the mark and domain name "Bateries.com" for selling batteries on the internet does not violate nor infringe any of defendant's claimed rights under Federal, State or Common Law.

B. Plaintiff's domain name and mark "Bateries.com" as used in its business is not confusingly similar or in conflict with defendant's mark "Batteries.com" as used in its business because the Defendant's mark is not a trademark, but rather it is a generic word and therefore, there is no infringement by the Plaintiff.

C. Defendant's mark, "Batteries.com" is generic as applied to its services, the sale of batteries on the internet, and therefore the Defendant's Supplemental Registration, No. 2,427,670, is invalid and therefore cancelled, pursuant to 15 U.S.C. §1119.

D.   Plaintiff has the right to use in connection with the sale of batteries on the internet the mark and domain name "Bateries.com" and "Batteries.com" free from interference by defendant, its officers, agents, servants, employees, attorneys, privies, representatives, successors and assigns and any and all persons acting by, through or under authority from defendant either separately or jointly in the United States.

E.   Defendant, its officers, agents, servants, employees, attorneys, privies, representatives, successors and assigns and any and all persons acting in concert or participation with under authority from defendant either separately or jointly being enjoined permanently from:

    a. Interfering with or threatening to interfere with the use of the domain name and mark "Bateries.com" by plaintiff its related companies, successors, assigns or in connection with its business; and

    b. Institute or prosecuting any suit or other proceeding placing in issue the right of plaintiff or said related companies to use the domain name or mark "Bateries.com" or "Batteries.com" in connection with the sale of batteries on the internet.

F.   Plaintiff is awarded its attorney's fees against defendant, this case being exceptional, pursuant to Fla. Stat. Ann. §501.2105.

G.   Plaintiff be awarded actual damages permitted under the U.S. Trademark Law.

9

H.      Plaintiff has such other, further and general relief as may be just.

Respectfully submitted,

MALIN, HALEY & DiMAGGIO, P.A.
Attorneys for Plaintiff
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel: (954) 763-3303
Fax: (954) 522-6507

Date: 4/13/04    By: /s/ Barry L. Haley
Barry L. Haley
Fla. Bar No. 123,351

I:\10879\frm\3701.complaint

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  04-6

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

BATTERY WEB, INC.

**DEFENDANTS**

BATTERIES.COM, INC. / TORRES

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Barry L. Haley, Esq.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Malin, Haley & DiMaggio, P.A.
1936 South Andrews Avenue  (954) 763-3303
Fort Lauderdale, Florida 33316

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. Sec. 1114(1), 28 U.S.C. Secs. 2201-02 – Action for Declaratory Judgment of Trademark Non-Infringement

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 4/13/2004

SIGNATURE OF ATTORNEY OF RECORD
Barry L Haley

**FOR OFFICE USE ONLY**

RECEIPT # 53689   AMOUNT 150.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____