```
                    FILED by ___EG___ D.C.
                         ELECTRONIC

                         Jun 8 2004

                       CLARENCE MADDOX
                       CLERK U.S. DIST. CT.
                       S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-60467-CIV-DIMITROULEAS

| | |
|---|---|
| BATTERY WEB, INC., a Florida corporation | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BATTERIES.COM, INC., an Indiana corporation | ) ) ) |
| Defendant. | ) ) |

### BATTERIES.COM, INC.'S AND BATTERIES.COM, LLC'S
### CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT
### UNDER FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Batteries.com, Inc., predecessor in interest to Technuity, Inc., states both that it has no parent corporations and that no publicly held company or investment fund holds a 10% or more ownership in Batteries.com, Inc., predecessor in interest to Technuity, Inc. Pursuant to Fed. R. Civ. P. 7.1, Defendant Batteries.Com, LLC, successor in interest to Technuity, Inc., states both that it has no parent corporations and that no publicly held company or investment fund holds a 10% or more ownership in Batteries.Com, LLC.

Respectfully submitted,

_____
Garth T. Yearick, FL Bar No. 0096105
CARLTON FIELDS
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, Florida 33401-6149
Telephone: 561-659-7070
Facsimile: 561-659-7368
E-mail: gyearick@carltonfields.com

and

Michelle Kaiser Bray, IN Bar No. 24024-49
(Motion for Pro Hac Vice Forthcoming)
Stephanie A. Hale, IN Bar No. 23589-49
(Motion for Pro Hac Vice Forthcoming)
SOMMER BARNARD ACKERSON
ATTORNEYS, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699
Email: MBray@sbalawyers.com
Email: shale@sbalawyers.com

Counsel for Defendant/Counter-Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2004, a true and correct copy of the foregoing was deposited in the U.S. mail, postage prepaid, addressed to the following:

Barry L. Haley
MALIN, HALEY & DiMAGAGGIO, P.A.
Attorneys for Plaintiff
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316

_____
Garth T. Yearick

2