FILED by ___ D.C.
ELECTRONIC

**Jun 29 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60467-CIV-COOKE

BATTERY WEB, INC.,                                    )
a Florida corporation                                 )
      Plaintiff,                                      )
                                                      )
v.                                                    )
                                                      )
BATTERIES.COM, INC.,                                  )
an Indiana corporation                                )
                                                      )
      Defendant.                                      )
                                                      )
_____)

## JOINT SCHEDULING AND DISCOVERY REPORT

The parties hereto jointly file this Joint Scheduling and Discovery Report pursuant to Local Rule 16.1 and Federal Rule of Civil Procedure 26(f), as well as this Court's Order Requiring Joint Scheduling and Discovery Report dated April 15, 2004, counsel for the parties having met by telephone on June 22, 2004, state as follows:

    a)  There is no possibility of settlement between the parties at this time.

    b)  There is a low possibility that one or more additional parties may be joined herein.

    c)  The parties are in agreement that this is a Standard Track case.  Proposed time limitations:

        (i)    Disclosures under Rule 26(a)(1) will be made on or before July 6, 2004.

        (ii)   Pleadings to be amended and additional parties joined before October 2, 2004.

        (iii)  There are no motions directed to jurisdiction or the sufficiency of pleadings.

        (iv)  Expert designations to be filed on or before December 1, 2004.

13/wc

      (v)     No further interrogatories or request for production of documents shall be served without leave of court after December 15, 2004.

      (iv)    Discovery to be completed on or before January 15, 2005. Discovery should not be conducted in phases or limited to or focused upon particular issues.

d) Summary judgments and other dispository motions to be filed on or before December 15, 2004.

e) No amendments are presently required.

f) Admissions will be addressed during the discovery period provided.

g) Discovery disputes may be referred to a Magistrate Judge.

h) Three trial days will be required.

i) Requested date:

      (i) Pre-trial conference: February 15, 2005

      (ii) Trial: March 15, 2005

j) Discovery may be needed with respect to domain name registrations, Web site business, advertising, marketing and technical operations, Web site tracking and customer visits, business sales, consumer impressions, associations and confusion, general business activities, the relationship of the parties, and damages.

k) No changes are currently required in connection with the limitations imposed on discovery under the Local Rules and no additional limitations need to be imposed.

l) No other orders are currently required by the court under Rule 26(c) or Rule 16(b).

Respectfully submitted,

Date: 6/28/04          By: _____
                            Barry L. Haley
                            Florida Bar No.: 123,351
                            Joseph R. Englander
                            Fla. Bar No. 935,565

Date: 6/28/04          By: _____
                            Garth T. Yearick, Esq.
                            Carlton Fields, P.A.
                            222 Lakeview Ave., Suite 1400
                            West Palm Beach, FL 33402-0150

Date: 6/28/04          By: _____
                            Michelle Kaiser Bray, Esq.
                            (Pro Hac Vice Order Pending)
                            Sommer Barnard Ackerson Attorneys, PC
                            One Indiana Square, Suite 3500
                            Indianapolis, IN 46204

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via U.S. Mail this _____29th_____ day of June, 2004, to:

Barry L. Haley, Esquire
Malin, Haley & DiMaggio, P.A.
1936 South Andrews Avenue
Fort Lauderdale, FL 33316

Michelle Kaiser Bray, Esquire
Sommer Barnard Ackerson Attorneys PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Garth T. Yearick

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60467-CIV-COOKE

BATTERY WEB, INC.,                          )
a Florida corporation                       )
    Plaintiff,                             )
                                            )
v.                                          )
                                            )
BATTERIES.COM, INC.,                        )
an Indiana corporation                      )
                                            )
    Defendant.                            )
                                            )
                                            )
_____ )

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1, the Court enters the following Joint Proposed Scheduling Order:

(a)    This case is a Standard Track case.

(b)    Discovery Schedule:

    (1)    Discovery shall be completed by January 15, 2005.

    (2)    Depositions of witnesses may be taken at any time until the close of discovery.

    (3)    No further interrogatories or requests for production of documents shall be served without leave of court after December 15, 2004.

    (4)    Discovery disputes may be referred to Magistrate Judge.

(d)    All pretrial motions must be filed by _____.

(e)    Resolution of all pretrial motions by the Court must be completed by _____.

(f)    [Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions;]

(g)     The pre-trial conference shall be held on _____.

(h)     The parties will be ready for trial on _____.

SO ORDERED.

Dated: _____

_____
Judge Marcia Cooke
United States District Court for the
Southern District of Florida

Distribution to:
Barry L. Haley
Garth T. Yearick, Esq.
Michelle Kaiser Bray, Esq.