FILED by ____ D.C.
ELECTRONIC

**Jul 6 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60467-CIV-COOKE

| | |
|---|---|
| BATTERY WEB, INC., a Florida corporation Plaintiff, | ) ) ) |
| | ) |
| v. | ) ) |
| BATTERIES.COM, INC., an Indiana corporation | ) ) ) |
| Defendant. | ) ) ) ) |

**BATTERIES.COM, LLC'S RULE 26 INITIAL DISCLOSURES**

Defendant/Counter-Plaintiff Batteries.Com, LLC, successor in interest to Batteries.com, Inc., ("Batteries.Com") hereby submits its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). This information is based on information reasonably available to Batteries.Com as of this date. Continuing investigation and discovery may alter these disclosures and/or identify other potential witnesses, documents, and information, and Batteries.Com reserves the right to identify other potential witnesses, documents, or information.

By making these disclosures, Batteries.Com does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit; nor does Batteries.Com waive its right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection. Rather, Batteries.Com's disclosures represent a good faith effort to identify

**15/wc**

information reasonably believed to be discoverable and relevant to the factual disputes alleged

with particularity in the pleadings, as required by Fed. R. Civ. P. 26(a)(1).  All of the disclosures

set forth are made subject to the above qualifications.

Batteries.Com for its initial disclosures required under Federal Rule of Civil Procedure

26(a)(1), states:

(A)     The name and, if known, the address and telephone number of each individual
likely to have discoverable information that the disclosing party may use to support its claims or
defenses, unless solely for impeachment, identifying the subjects of the information:

      1.    Dean Petruzzi, President
           Batteries.Com, LLC
           6024 West 79th Street
           Indianapolis, Indiana 46278
           (800) 972-8111 Ext. 222

Batteries.Com believes that the subjects of information potentially known by this witness

include Batteries.Com's registration of the trademark BATTERIES.COM; the prior relationship

between Plaintiff and Batteries.Com; and matters generally relating to the facts and

circumstances giving rise to Batteries.Com's counterclaims against Plaintiff in its Answer, and

Batteries.Com's defenses to the allegations by Plaintiff in its Complaint, which have been filed

in the above-captioned lawsuit.

      2.    Andy Rayl, CFO
           Batteries.Com, LLC
           6024 West 79th Street
           Indianapolis, Indiana 46278
           (800) 972-8111 Ext. 227

Batteries.Com believes that the subjects of information potentially known by this witness

include generally the matters relating to the facts and circumstances giving rise to

Batteries.Com's counterclaims against Plaintiff in its Answer, and Batteries.Com's defenses to

2

the allegations by Plaintiff in its Complaint, which have been filed in the above-captioned

lawsuit.

> 3.    Dale Petruzzi
>        Batteries.Com, LLC
>        6024 West 79th Street
>        Indianapolis, Indiana 46278
>        (800) 972-8111 Ext. 223

Batteries.Com believes that the subjects of information potentially known by this witness

include generally the matters relating to the facts and circumstances giving rise to

Batteries.Com's counterclaims against Plaintiff in its Answer, and Batteries.Com's defenses to

the allegations by Plaintiff in its Complaint, which have been filed in the above-captioned

lawsuit.

> 4.    Eric Melin
>        Spidersplat Consulting
>        20 Park Plaza, Suite 515
>        Boston, Massachusetts  07116
>        (617) 482-5934 Ext. 1

Batteries.Com believes that the subjects of information potentially known by this witness

relate to domain name registrations, Web site business, advertising, marketing and technical

operations, Web site tracking and customer visits, consumer impressions, and associations and

confusion.

> 5.    David A. Mead
>        BatteryWeb.com
>        6495 Sunset Strip
>        Sunrise, Florida 33313
>        (954) 746-8868

Batteries.Com believes that the subjects of information potentially known by this witness

relate to domain name registrations including, but not limited to, the registration of

3

"bateries.com" and related issues of intent, Web site business, advertising, marketing and technical operations, Web site tracking and customer visits, consumer impressions, and associations and confusion.

    6.    Ron Minkoff
          Webreflections.com
          9887 NW 2nd Street
          Plantation, Florida 33324
          (954) 370-9327

Batteries.Com believes that the subjects of information potentially known by this witness relate to domain name registrations including, but not limited to, the registration of "bateries.com" and related issues of intent, Web site business, advertising, marketing and technical operations, Web site tracking and customer visits, consumer impressions, and associations and confusion.

    (B)    A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its defenses, unless solely for impeachment:

    1.    Category:    Correspondence/documents relating to the trademark, business name and domain name BATTERIES.COM.

          Location:    Batteries.Com, LLC, 6024 West 79th Street, Indianapolis, Indiana 46278.

    2.    Category:    Correspondence/documents relating to the operation of and sale of products and services on "batteries.com."

          Location:    Batteries.Com, LLC, 6024 West 79th Street, Indianapolis, Indiana 46278.

    3.    Category:    Correspondence/documents relating Internet traffic and search volume for "batteries.com" and "bateries.com."

          Location:    Spidersplat Consulting, 20 Park Plaza, Suite 515 Boston, Massachusetts  07116

4

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

| **Category and Nature of Damages** | **Computation of Damages** |
|---|---|
| Actual Damages due to Plaintiff's infringement and unfair competition: | Amount unknown at this time. |
| Actual Damages due to Plaintiff's violation(s) of 15 U.S.C. §1114(1), *et seq.*: | Amount unknown at this time. |
| Statutory Damages due to Plaintiff's violation(s) of 15 U.S.C. §1114(1), *et seq.*: | Amount unknown at this time. |
| Actual Damages due to Plaintiff's violation(s) of 15 U.S.C. §1125, *et seq.*: | Amount unknown at this time. |
| Statutory Damages due to Plaintiff's violation(s) of 15 U.S.C. §1125, *et seq.*: | Amount unknown at this time. |
| Actual Damages due to Plaintiff's violation(s) of Fla. Stat. Ann. §501.204, *et seq.*: | Amount unknown at this time. |
| Statutory Damages due to Plaintiff's violation(s) of Fla. Stat. Ann. §501.204, *et seq.*: | Amount unknown at this time. |
| Treble damages based upon Plaintiff's willful infringement: | Amount unknown at this time. |

(D)     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Batteries.Com is investigating potential coverage by the following insurance carriers: (1) Travelers Insurance Policy (General Liability & General Umbrella Policy); and (2) Schwarz Partners Policy (Directors & Officers Policy). However, Plaintiff/Counter-Defendant is not entitled to any damages in this lawsuit.

5

Respectfully submitted,

Garth T. Yearick
Florida Bar No. 0096105
CARLTON FIELDS
Esperante
222 Lakeview Avenue, Suite 1400
West Palm Beach, Florida 33401-6149
Telephone: 561-659-7070
Facsimile: 561-659-7368
Email:  gyearick@carltonfields.com

Michelle Kaiser Bray
Indiana Bar No. 24024-49
(Pro Hac Vice Motion Pending)
SOMMER BARNARD ACKERSON
ATTORNEYS, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: 317-713-3500
Facsimile: 317-713-3699
Email:  MBray@sbalawyers.com

Attorneys for Batteries.Com, LLC

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2004, a true and correct copy of the foregoing was deposited in the U.S. mail, postage prepaid, addressed to the following:

Barry L. Haley
MALIN, HALEY & DiMAGAGGIO, P.A.
Attorneys for Plaintiff
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316

Garth T. Yearick

7